Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY MCNABB, | Case No.  09-CV-01972-JAM-DAD |
| Plaintiff, | |
| vs. | STIPULATION TO DISMISS WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Plaintiff, PEGGY MCNABB, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on July 17, 2009.  NCO filed its responsive pleading on September 21, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice. The court is to retain jurisdiction for purposes of enforcement of the settlement.

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated:11/25/09  SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 11/25/09  KROHN & MOSS, LTD.

/s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff,
Peggy McNabb

IT IS SO ORDERED.

Dated: 11/30/2009

/s/ John A. Mendez_____
Hon. John A. Mendez.
United States District Judge

Stipulation to Dismiss With Prejudice

2

PDF created with pdfFactory trial version www.pdffactory.com